**IN THE CIRCUIT COURT OF COOK COUNTY, STATE OF ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| MICHAEL MANNING and SUSAN MANNING, <br><br> Plaintiffs, <br><br> v. <br><br><br> FIRST TRANSIT, INC, and FIRSTGROUP AMERICA, INC., <br><br> Defendants. | Court No. 2020 L 004732 <br> Federal No.: 20-cv-3570 |

**NOTICE OF REMOVAL**

NOW COME the Defendants, FIRST TRANSIT, INC. (hereinafter "First Transit") and FIRSTGROUP AMERICA (hereinafter "FirstGroup"), by its attorneys, PATTON & RYAN LLC, and pursuant to 28 U.S.C § 1446, hereby petition this Court for removal based on 28 U.S.C §§ 1332 and 1446. In support of this Notice, Defendants respectfully state as follows:

**INTRODUCTION**

1. On or about April 29, 2020, an action was commenced in the Cook County Circuit Court, entitled MICHAEL MANNING and SUSAN MANNING, Plaintiffs, versus FIRST TRANSIT, INC, and FIRSTGROUP AMERICA, INC., Defendants, Case Number **2020 L 004732** (hereinafter referred as the "Action"). The Complaint is attached hereto as **Exhibit "A."**

2. On or about May 18, 2020, Defendants, First Transit and FirstGroup, were served summons. The Affidavit of Service on First Transit and FirstGroup is attached hereto as **Exhibit "B."** The filing of this notice falls within the thirty (30) day period after service.

1

**BASIS FOR REMOVAL**

1. Under the general diversity statute, a corporation is deemed to be a citizen of any state in which it has been incorporated and of the state in which it has its principal place of business. *See* 28 U.S.C. §1332(c)(1).

2. Defendant First Transit, Inc. is a foreign corporation organized under the laws of the State of Delaware, with its principal place of business located in the State of Ohio.

3. Defendant FirstGroup America, Inc. is a foreign corporation organized under the laws of the State of Delaware, with its principal place of business located in the State of Ohio.

4. Upon information and belief, Plaintiffs Michael Manning and Susan Manning are domiciled in New Freedom, Pennsylvania, and therefore, citizens of the State of Pennsylvania.

5. Upon information provided to the undersigned by Plaintiff's counsel, Plaintiff is claiming damages in excess of $100,000.00.

6. Accordingly, Plaintiffs' claim exceeds $75,000.00.

7. Because the Action is between citizens of different states and because the Action exceeds $75,000.00, this Court has or original jurisdiction under 28 U.S.C. §1332.

8. Because this Court has original juridiction, this matter should be properly removed pursuant to 28 U.S.C. §1441.

9. Venue is proper in the Northern District of Illinois, Eastern Division, because this District embraces the place where the removed action was originally filed per 28 U.S.C. §1441.

10. Defendants First Transit and FirstGroup have provided a jury demand in the state court action.

11. Defendants First Transit and FirstGroup consent to the removal of this matter to the Northern District of Illinois.

WHEREFORE, Defendants, FIRST TRANSIT, INC. and FIRSTGROUP AMERICA respectfully request that this matter be removed from the Cook County Circuit Court, State of Illinois, to the United States District Court, Northern District of Illinois, Eastern Division.

Dated:   June 18, 2020                    RESPECTFULLY SUBMITTED,

                                                   **PATTON & RYAN LLC**

                                  By:   *Ilse I. Magana*
                                             One of the attorneys for Defendants First Transit, Inc. and FirstGroup America, Inc.

John W. Patton, Jr.
Kelly L. Ferron
Ilse I. Magana
**PATTON & RYAN LLC**
330 North Wabash Avenue, Suite 3800
Chicago, Illinois 60611
Phone: (312) 261-5160
Fax: (312) 261-5161
kferron@pattonryan.com
imagana@pattonryan.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2020, I electronically filed **Defendants' Notice of Removal to Federal Court**, with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Attorneys for Plaintiffs**
Robert R. Duncan
Nicholas P. Kelly
**Duncan Law Group, LLC**
161 N. Clark, Suite 2550
Chicago, Illinois 60601
P: 312-202-3283
F: 312-202-3284
rrd@duncanlawgroup.com
npk@duncanlawgroup.com


Respectfully submitted,


By: _____


John W. Patton, Jr.
Kelly L. Ferron
Ilse I. Magana
PATTON & RYAN LLC
330 North Wabash Avenue, Suite 3800
Chicago, Illinois 60611
Phone: (312) 261-5160
Fax: (312) 261-5161
kferron@pattonryan.com
imagana@pattonryan.com

4