**12-Person Jury**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DIVISION, LAW DEPARTMENT

FILED
4/29/2020 5:41 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L004732

9167531

| | |
|---|---|
| MICHAEL MANNING and SUSAN MANNING, | |
| Plaintiffs, | No. |
| vs. | |
| FIRST TRANSIT, INC. and FIRSTGROUP AMERICA, INC., | *PLAINTIFFS DEMAND TRIAL BY JURY* |
| Defendants. | |

### COMPLAINT AT LAW

Plaintiffs, MICHAEL MANNING and SUSAN MANNING, by and through their attorneys, DUNCAN LAW GROUP, LLC, for their Complaint at Law against Defendants, FIRST TRANSIT, INC. and FIRSTGROUP AMERICA, INC., pleading hypothetically and in the alternative, state the following:

### COUNT I

### Negligence – Michael Manning v. First Transit, Inc.

1. On and before June 11, 2018, Defendant, FIRST TRANSIT, INC., was a foreign corporation, licensed and doing business in the State of Illinois.

2. On June 11, 2018, Defendant, FIRST TRANSIT, INC., was the owner and operator of Bus Number 1211, which was being driven from Chicago Midway International Airport to the Rental Car Lot located at or near 5050 West 55th Street in the City of Chicago, County of Cook, State of Illinois.

3. At the time and place aforesaid, Plaintiff, MICHAEL MANNING, was a lawful passenger on the above-referenced bus.

Exhibit A

FILED DATE: 4/29/2020 5:41 PM  2020L004732

4. At the time and place aforesaid, the bus driver operating the above-referenced bus was an agent and/or employee of Defendant, FIRST TRANSIT, INC.

5. At the time and place aforesaid, the above-referenced bus driver was acting within the scope of his agency and/or employment with Defendant, FIRST TRANSIT, INC.

6. At the time and place aforesaid, the above-referenced bus driver stopped the above-referenced bus at its designated bus stop at Chicago Midway International Airport located at or near 5700 S. Cicero Ave., Chicago, Illinois, 60638.

7. At the time and place aforesaid, Plaintiff, MICHAEL MANNING, exercising due care and caution for his own safety, attempted to pass through the rear door of the above-referenced bus.

8. At the time and place aforesaid, the above-referenced bus driver closed the rear door, striking Plaintiff, MICHAEL MANNING, in the head.

9. At all times mentioned herein, Defendant, FIRST TRANSIT, INC., by and through its agents and employees, was a common carrier and, thus, had a duty to exercise the highest degree of care and caution for the safety of its passengers, including Plaintiff, MICHAEL MANNING.

10. At the time and place aforesaid, notwithstanding its duty, Defendant, FIRST TRANSIT, INC., by and through its agents and employees breached its duty in one or more of the following respects:

    a. Failed to check the rear exit of the above-referenced bus before closing its doors; or

    b. Closed the rear exit doors before allowing passengers to safely pass through said doors; or

    c. Was otherwise careless and/or negligent.

11. As a direct and proximate result of one or more of the foregoing negligent acts or omissions of Defendant, FIRST TRANSIT, INC., Plaintiff, MICHAEL MANNING, sustained injuries of a personal, pecuniary and permanent nature.

WHEREFORE, Plaintiff, MICHAEL MANNING, demands judgment against Defendant, FIRST TRANSIT, INC., in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

## COUNT II

### Loss of Consortium – Susan Manning v. First Transit, Inc.

1. On and before June 11, 2018, Defendant, FIRST TRANSIT, INC., was a foreign corporation, licensed and doing business in the State of Illinois.

2. On June 11, 2018, Defendant, FIRST TRANSIT, INC., was the owner and operator of Bus Number 1211, which was being driven from Chicago Midway International Airport to the Rental Car Lot located at or near 5050 West 55th Street in the City of Chicago, County of Cook, State of Illinois.

3. At the time and place aforesaid, Plaintiff, MICHAEL MANNING, was a lawful passenger on the above-referenced bus.

4. At the time and place aforesaid, the bus driver operating the above-referenced bus was an agent and/or employee of Defendant, FIRST TRANSIT, INC.

5. At the time and place aforesaid, the above-referenced bus driver was acting within the scope of his agency and/or employment with Defendant, FIRST TRANSIT, INC.

6. At the time and place aforesaid, the above-referenced bus driver stopped the above-referenced bus at its designated bus stop at Chicago Midway International Airport located at or near 5700 S. Cicero Ave., Chicago, Illinois, 60638.

7. At the time and place aforesaid, Plaintiff, MICHAEL MANNING, exercising due care and caution for his own safety, attempted to pass through the rear door of the above-referenced bus.

8. At the time and place aforesaid, the above-referenced bus driver closed the rear door, striking Plaintiff, MICHAEL MANNING, in the head.

9. At all times mentioned herein, Defendant, FIRST TRANSIT, INC., by and through its agents and employees, was a common carrier and, thus, had a duty to exercise the highest degree of care and caution for the safety of its passengers, including Plaintiff, MICHAEL MANNING.

10. At the time and place aforesaid, notwithstanding its duty, Defendant, FIRST TRANSIT, INC., by and through its agents and employees breached its duty in one or more of the following respects:

   a. Failed to check the rear exit of the above-referenced bus before closing its doors; or

   b. Closed the rear exit doors before allowing passengers to safely pass through said doors; or

   c. Was otherwise careless and/or negligent.

11. As a direct and proximate result of one or more of the foregoing negligent acts or omissions of Defendant, FIRST TRANSIT, INC., Plaintiff, MICHAEL MANNING, sustained injuries of a personal, pecuniary and permanent nature.

12. At all times mentioned herein, Plaintiff, SUSAN MANNING, was the lawfully wedded wife of Plaintiff, MICHAEL MANNING.

13. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions of Defendant, FIRST TRANSIT, INC., Plaintiff, SUSAN MANNING, suffered a loss of consortium.

FILED DATE: 4/29/2020 5:41 PM 2020L004732

WHEREFORE, Plaintiff, SUSAN MANNING, demands judgment against Defendant, FIRST TRANSIT, INC., in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

### COUNT III

**Negligence – Michael Manning v. FirstGroup America, Inc.**

1. On and before June 11, 2018, Defendant, FIRSTGROUP AMERICA, INC., was a foreign corporation, licensed and doing business in the State of Illinois.

2. On June 11, 2018, Defendant, FIRSTGROUP AMERICA, INC., was the owner and operator of Bus Number 1211, which was being driven from Chicago Midway International Airport to the Rental Car Lot located at or near 5050 West 55th Street in the City of Chicago, County of Cook, State of Illinois.

3. At the time and place aforesaid, Plaintiff, MICHAEL MANNING, was a lawful passenger on the above-referenced bus.

4. At the time and place aforesaid, the bus driver operating the above-referenced bus was an agent and/or employee of Defendant, FIRSTGROUP AMERICA, INC.

5. At the time and place aforesaid, the above-referenced bus driver was acting within the scope of his agency and/or employment with Defendant, FIRSTGROUP AMERICA, INC.

6. At the time and place aforesaid, the above-referenced bus driver stopped the above-referenced bus at its designated bus stop at Chicago Midway International Airport located at or near 5700 S. Cicero Ave., in the City of Chicago, State of Illinois, County of Cook.

7. At the time and place aforesaid, Plaintiff, MICHAEL MANNING, exercising due care and caution for his own safety, attempted to pass through the rear door of the above-referenced bus.

8. At the time and place aforesaid, the above-referenced bus driver closed the rear door, striking Plaintiff, MICHAEL MANNING, in the head.

9. At all times mentioned herein, Defendant, FIRSTGROUP AMERICA, INC., by and through its agents and employees, was a common carrier and, thus, had a duty to exercise the highest degree of care and caution for the safety of its passengers, including Plaintiff, MICHAEL MANNING.

10. At the time and place aforesaid, notwithstanding its duty, Defendant, FIRSTGROUP AMERICA, INC., by and through its agents and employees breached its duty in one or more of the following respects:

   a. Failed to check the rear exit of the above-referenced bus before closing its doors; or

   b. Closed the rear exit doors before allowing passengers to safely pass through said doors; or

   c. Was otherwise careless and/or negligent.

11. As a direct and proximate result of one or more of the foregoing negligent acts or omissions of Defendant, FIRSTGROUP AMERICA, INC., Plaintiff, MICHAEL MANNING, sustained injuries of a personal, pecuniary and permanent nature.

WHEREFORE, Plaintiff, MICHAEL MANNING, demands judgment against Defendant, FIRSTGROUP AMERICA, INC., in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

## COUNT IV

### Loss of Consortium – Susan Manning v. FirstGroup America, Inc.

1. On and before June 11, 2018, Defendant, FIRSTGROUP AMERICA, INC., was a foreign corporation, licensed and doing business in the State of Illinois.

6

2. On June 11, 2018, Defendant, FIRSTGROUP AMERICA, INC., was the owner and operator of Bus Number 1211, which was being driven from Chicago Midway International Airport to the Rental Car Lot located at or near 5050 West 55th Street in the City of Chicago, County of Cook, State of Illinois.

3. At the time and place aforesaid, Plaintiff, MICHAEL MANNING, was a lawful passenger on the above-referenced bus.

4. At the time and place aforesaid, the bus driver operating the above-referenced bus was an agent and/or employee of Defendant, FIRSTGROUP AMERICA, INC.

5. At the time and place aforesaid, the above-referenced bus driver was acting within the scope of his agency and/or employment with Defendant, FIRSTGROUP AMERICA, INC.

6. At the time and place aforesaid, the above-referenced bus driver stopped the above-referenced bus at its designated bus stop at Chicago Midway International Airport located at or near 5700 S. Cicero Ave., in the City of Chicago, State of Illinois, County of Cook.

7. At the time and place aforesaid, Plaintiff, MICHAEL MANNING, exercising due care and caution for his own safety, attempted to pass through the rear door of the above-referenced bus.

8. At the time and place aforesaid, the above-referenced bus driver closed the rear door, striking Plaintiff, MICHAEL MANNING, in the head.

9. At all times mentioned herein, Defendant, FIRSTGROUP AMERICA, INC., by and through its agents and employees, was a common carrier and, thus, had a duty to exercise the highest degree of care and caution for the safety of its passengers, including Plaintiff, MICHAEL MANNING.

10. At the time and place aforesaid, notwithstanding its duty, Defendant, FIRSTGROUP AMERICA, INC., by and through its agents and employees breached its duty in one or more of the following respects:

    a. Failed to check the rear exit of the above-referenced bus before closing its doors; or

    b. Closed the rear exit doors before allowing passengers to safely pass through said doors; or

    c. Was otherwise careless and/or negligent.

11. As a direct and proximate result of one or more of the foregoing negligent acts or omissions of Defendant, FIRSTGROUP AMERICA, INC., Plaintiff, MICHAEL MANNING, sustained injuries of a personal, pecuniary and permanent nature.

12. At all times mentioned herein, Plaintiff, SUSAN MANNING, was the lawfully wedded wife of Plaintiff, MICHAEL MANNING.

13. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions of Defendant, FIRSTGROUP AMERICA, INC., Plaintiff, SUSAN MANNING, suffered a loss of consortium.

WHEREFORE, Plaintiff, MICHAEL MANNING, demands judgment against Defendant, FIRSTGROUP AMERICA, INC., in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

FILED DATE: 4/29/2020 5:41 PM 2020L004732

FILED DATE: 4/29/2020 5:41 PM 2020L004732

Respectfully Submitted,
**DUNCAN LAW GROUP, LLC**

_____
Counsel for Plaintiff

Robert R. Duncan
Nicholas P. Kelly
**DUNCAN LAW GROUP, LLC**
161 N. Clark, Suite 2550
Chicago, IL 60601
Phone: (312) 202-3283
Fax: (312) 202-3284
Atty No.: 47926
Email: rrd@duncanlawgroup.com
       npk@duncanlawgroup.com

9