**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Michael Manning and Susan Manning v. First Transit, Inc., et al.

Case Number: 1:20-cv-03570

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs MICHAEL MANNING and SUSAN MANNING

Attorney name (type or print): NICHOLAS P. KELLY

Firm: DUNCAN LAW GROUP, LLC

Street address: 161 N. CLARK ST., STE. 2550

City/State/Zip: CHICAGO, Illinois 60601

Bar ID Number: 6327138
(See item 3 in instructions)

Telephone Number: 312-202-3283

Email Address: npk@duncanlawgroup.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

- ☐ Retained Counsel
- ☐ Appointed Counsel
  If appointed counsel, are you
  - ☐ Federal Defender
  - ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 20, 2020

Attorney signature: S/ Nicholas P. Kelly
(Use electronic signature if the appearance form is filed electronically.)